# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- | ) |
| | ) |
| Ensign-Bickford Aerospace & Defense Company | ) ASBCA Nos. 59452, 60931 |
| | ) |
| Under Contract Nos. N00164-07-D-4259 | ) |
| N00164-08-D-JM15 | ) |

APPEARANCE FOR THE APPELLANT:     John C. Person, Esq.
                                                    Person & Craver, LLP
                                                    Washington, DC

APPEARANCES FOR THE GOVERNMENT:     Ronald J. Borro, Esq.
                                                          Navy Chief Trial Attorney
                                                          Russell A. Shultis, Esq.
                                                          Senior Trial Attorney

## ORDER OF DISMISSAL

On 20 October 2016, the Board sustained ASBCA No 57929; *see Ensign-Bickford Aerospace & Defense Company*, ASBCA No. 57929, 16-1 BCA ¶ 36,533. Two additional appeals under this contract are currently before the Board; these are ASBCA No. 59452 (the reinstated "retesting" appeal that was previously stayed upon motion) and ASBCA No. 60931 (the quantum appeal that arose from the remand of ASBCA No. 57929).

In accordance with the parties' Joint Stipulation of Settlement dated 10 October 2017, these appeals have been settled in the amount of $942,830. The parties stipulate that this amount has been paid by the government pursuant to Contract No. N00164-08-D-JM15, Modification 0005-03. We grant the parties' motion, and dismiss these appeals with prejudice.

Dated: 20 October 2017

REBA PAGE
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 59452 and 60931, Appeals of Ensign-Bickford Aerospace & Defense Company, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

*INSERT*

Draft new introductory paragraph for EBA&D dismissal:

On 20 October 2016, the Board sustained ASBCA No 59729; *see Ensign-Bickford Aerospace & Defense Company*, ASBCA No. 59729, 16-1 BCA ¶ 36,533. Two additional appeals under this contract are currently before the Board; these are ASBCA No. 59452 (the reinstated "retesting" appeal that was previously stayed upon motion) and ASBCA No. 60931 (the quantum appeal that arose from the remand of No. 59729).